IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ELVIS RIVERA-CRUZ,
       PETITIONER,

V.                                                      Case No. A-18-CV-020-LY

LORIE DAVIS,
       RESPONDENT.

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed Petitioner Elvis Rivera-Cruz's application for *habeas corpus* relief for want of jurisdiction. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Petitioner Elvis Rivera-Cruz's Application for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction

**IT IS FINALLY ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

SIGNED this 17th day of January, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE